UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES POLLARD,<br>    Plaintiff, | Case No. 1:16-cv-1113 |
| vs. | Judge Timothy S. Black |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Magistrate Judge Karen L. Litkovitz |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 3, 2018, submitted a Report and Recommendation. (Doc. 25). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 25) is **ADOPTED**;
2. The parties' joint stipulation for attorney fees (Doc. 24) is **GRANTED**;
3. Plaintiff is awarded attorney fees and expenses in the amount of $4,000.00.

**IT IS SO ORDERED.**

Date: 6/6/18

Timothy S. Black
United States District Judge